**2023-1354, 2023-1361, 2023-1384, 2023-1407**

# In the United States Court of Appeals For the Federal Circuit

HONEYWELL INTERNATIONAL INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS INC.

*Appellants*,

v.

SISVEL S.p.A,

*Appellee.*

On Appeal from the United States Patent and Trademark Office
Patent Trial and Appeal Board, No. IPR2021-00908

**UNOPPOSED MOTION OF APPELLANTS TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC. AND TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED TO WITHDRAW AS A PARTY**

TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., TCT Mobile (US) Holdings, Inc., and TCT Communication Technology Holdings Limited (collectively, "TCL/TCT") respectfully move under Fed. R. App P. 27 to withdraw as a party. TCL/TCT have agreed to refrain from participating

in challenges against the patent claims at issue, including in this appeal. TCL/TCT thus respectfully requests that the Court allow TCL/TCT to withdraw as parties.

Appellee Sisvel S.p.A and Appellants Honeywell International Inc., Sierra Wireless, ULC, and Telit Cinterion Deutschland GmBH do not oppose this motion and will not file responses.

| | |
|---|---|
| Dated:  July 26, 2024 | Respectfully submitted, |
| | PV LAW LLP |
| | By:   /s/ Jeremy D. Peterson |
| | Jeremy D. Peterson |
| | Bradford A. Cangro |
| | 5335 Wisconsin Avenue, N.W. |
| | Suite 440 |
| | Washington, DC 20015 |

**COUNSEL FOR APPELANTS TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., AND TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED**

# CERTIFICATES OF INTEREST

Counsel for Appellees TCL Communication Technology Holdings Limited; TCT Mobile International Limited; TCT Mobile, Inc.; TCT Mobile (US) Inc.; and TCT Mobile (US) Holdings Inc. certifies:

1. **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1).

    TCL Communication Technology Holdings Limited
    TCT Mobile International Limited
    TCT Mobile, Inc.
    TCT Mobile (US) Inc.
    TCT Mobile (US) Holdings Inc.

2. **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4(a)(2).

    **None/Not Applicable**

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10 percent or more of the stock of the entities:

    TCL Electronics Holdings Limited
    TCT Mobile Worldwide Limited
    TCT Mobile (US) Holdings Inc.
    TCT Mobile (US) Holdings Inc.
    Winning Synergy Limited

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. 4. 47.4(a)(4).

    **None/Not applicable**

5. Related Cases.  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  *See* Fed. Cir. R. 47.4(a)(5) and 47.5(b).

- *Sisvel Int'l SA et al. v. Honeywell International, Inc.*, Case No. 1:19-cv-01143 (D. Del.);

- *Sisvel Int'l SA et al. v. Verifone Sys., Inc.*, Case No. 19-cv-01144 (D. Del.);

- *Sisvel Int'l SA v. Xirgo Techs.*, Case No. 19-cv-01145 (D. Del.); and

- *Sisvel Int'l SA v. HMD Am., Inc.*, 1:20-cv-22051 (S.D. Fla.).

6. **Organizational Victims and Bankruptcy Cases.**  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  *See* Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable**

Dated:  July 26, 2024

/s/ Jeremy D. Peterson
Jeremy D. Peterson
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC 20015

## I. CERTIFICATE OF COMPLIANCE

The foregoing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1. The filing has been prepared using proportionally spaced typeface and includes 95 words.

2. The brief has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman font. As permitted by Fed. R. App. R. 32(g), the undersigned has relied on the word count feature of this word processing system in preparing this certificate.

| | |
|---|---|
| Dated: July 26, 2024 | /s/ Jeremy D. Peterson<br>Jeremy D. Peterson<br>PV LAW LLP<br>5335 Wisconsin Avenue, N.W.<br>Suite 440<br>Washington, DC 20015 |