NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH, fdba Thales DIS AIS Deutschland GmbH, SIERRA WIRELESS, ULC, fka Sierra Wireless, Inc.,**
*Appellants*

v.

**3G LICENSING, S.A.,**
*Appellee*

---

2023-1354, 2023-1384, 2023-1407

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00908.

-------------------------------------------------

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC.,**
*Appellants*

v.

**3G LICENSING, S.A.,**
*Appellee*

---

2023-1361

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00908.

---

**ON MOTION**

---

**O R D E R**

TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., TCT Mobile (US) Holdings, Inc., and TCL Communication Technology Holdings Limited (collectively, "TCL/TCT") move unopposed to withdraw as parties to the above-captioned appeals. TCL/TCT and 3G Licensing, S.A. also submit a joint stipulation of voluntary dismissal of TCL/TCT's Appeal No. 2023-1361 pursuant to Federal Rule of Appellate Procedure 42(b) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, and Appeal No. 2023-1361 is dismissed. The official caption for the remaining appeals, Appeal Nos. 2023-1354 et al., is revised as reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2023-1361.

(3)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal Nos. 2023-1354 et al.

FOR THE COURT



August 13, 2024
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2023-1361 only):
August 13, 2024