

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 20, 2024

**Re:   October 2024 Federal Circuit Sitting in California**

Dear Arguing Counsel,

Your case has been scheduled for oral argument during our court's October 2024 sitting in California, which includes San Francisco and surrounding locations. This letter provides relevant information concerning your appearance before our court.

Ahead of your argument, please be sure to review the Notice of Oral Argument entered in your appeal on August 21, 2024, for location information. On the morning of your argument, you are expected to arrive at the argument location no later than 9:30 a.m. (Pacific) and check in with the courtroom deputy directly in the courtroom. Please note that you will be required to arrange your own travel to the argument location and parking. The court's standard rules of decorum and other argument regulations will apply even though your argument will be heard outside of our usual courthouse.

Please contact the court if you are experiencing medical illness that might preclude your in-person appearance. Please note that the court will not be able to conduct remote arguments in California. The court will also not be providing live audio broadcast of the California arguments; however, audio recordings will continue to be posted on the court's website for all arguments.

Please contact the Clerk's Office at (202) 275-8035 with any questions concerning logistics of the California arguments. If you need to notify the court of any emergency situation ahead of your argument, please call the Clerk's Office at (202) 275-8049.

Meanwhile, we look forward to seeing you in California and wish you safe travels.

Sincerely,

Jarrett B. Perlow
Clerk of Court