# United States Court of Appeals for the Federal Circuit

HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC.,

*Appellants*

v.

3G LICENSING, S.A.,

*Appellee*

2023-1354, 2023-1384, 2023-1407

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00908.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

January 2, 2025
Date

Jarrett B. Perlow
Clerk of Court