

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 4, 2025

Jeffrey R. Gargano
K&L Gates LLP
Suite 3300
70 West Madison Street
Chicago, IL 60602-420

Guy Yonay
Pearl Cohen Zedek Latzer
Baratz LLP
7 Times Square
19th Floor
New York, NY 10036

Amanda Tessar
Perkins Coie LLP
1900 Sixteenth Street
Denver, CO 80202

**Re:   Honeywell International Inc. v. 3G Licensing, S.A.
        Appeal No. 23-1354**

Dear Counsel:

The court invites a response from Appellants to the combined petition for panel rehearing and rehearing en banc filed by Appellee in this matter.

Please file the response in accordance with Federal Circuit Rule 40 on or before February 18, 2025.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc:    Timothy Devlin