# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH, FDBA THALES DIS AIS DEUTSCHLAND GMBH, SIERRA WIRELESS, ULC, FKA SIERRA WIRELESS, INC.,

*Appellants,*

v.

3G LICENSING, S.A.,

*Appellee.*

---

2023-1354, 2023-1384, 2023-1407

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00908.

---

## NOTICE OF WITHDRAWAL OF RODERICK O'DORISIO AS NON-PRINCIPAL COUNSEL FOR APPELLANT SIERRA WIRELESS, ULC

February 18, 2025

Amanda Tessar
PERKINS COIE LLP
1900 Sixteenth St., Suite 1400
Denver, Colorado 80202
Phone:     (303) 291–2357
E-mail:     atessar@perkinscoie.com

*Counsel for Appellant Sierra Wireless, ULC*

Pursuant to Federal Circuit Rule 47.3, Appellant Sierra Wireless, ULC ("Sierra Wireless") notifies the Court that it is withdrawing Roderick O'Dorisio as non-principal counsel in this appeal because he recently left Perkins Coie LLP. The lawyers listed on the cover page of this document will continue to represent Sierra Wireless.

Dated: February 18, 2025     Respectfully submitted,

*/s/ Amanda Tessar*
Amanda Tessar

*Counsel for Appellant Sierra Wireless, ULC*